FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 DEC 28  AM 11: 38

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Richard Jay Rhodomoyer         *

133 Polk Street

Cumberland, MD  21502          *
*(Full name and address of the plaintiff)*
**Plaintiff(s)**

   vs.                *   Civil No.: **RDB 12 CV 3806**
            *(Leave blank. To be filled in by Court.)*

Wells Fargo Bank, NA

101 N Phillips Ave.            *

Sioux Falls, SD   57104

            *

_____

*(Full name and address of the defendant(s))*
**Defendant(s)**        *
        ******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) Seeking relief for the violation of my rights to the Federal HAMP program ( Home Affordable Modification Program) by Wells Fargo Bank, NA

<u>To the Honorable Judges of the United States District Court for the District of Maryland:</u>

I) I Richard Jay Rhodomoyer, Pro Se, come before this honorable court to seek relief from the foreclosure efforts of Wells Fargo Bank, NA. The foreclosure efforts are against my primary residence and are in violation of the Federal Home Affordable Modification Program (HAMP) that was created for distressed home owners.

I am further seeking damages for the unnecessary stress and additional financial burden created by this violation as well as cancellation of past due payments and an affordable plan (modification) for future mortgage payments.

I am certain that I qualify under the HAMP guidelines, so as to retain my home.

II) The fact of this case are:

1) The Home Affordable Modification Program (HAMP) is a Federal program of the United States, set up to help eligible home owners with loan modifications on their mortgage debt. The HAMP program is part of the "Making Home Affordable Program" which was created by the Financial Stability Act of 2009.
HAMP is authorized by sections 101 and 102 of the Emergency Economic Stabilization Act of 2008, which has been amended by section 7002 of the American Recovery and Reinvestment Act of 2009. (Collectively "The Acts"). As a result of the Congressional authority it received under "The Acts", the U.S. Treasury department developed HAMP.

2) For clarity, Wells Fargo Home Mortgage, Inc. has now merged with Wells Fargo Bank, NA forming one business entity, which is the defendant in this case.

3) The property involved is my primary residence located at 133 Polk Street, Cumberland, MD 21502. The home loan originated in 2008, prior to January 2009 as required by HAMP.

4) The loan was originally with Wachovia Bank. I received no records or information of any kind when the loan was transferred to Wells Fargo Bank, NA. Research on this loan was done by my previous attorney and a Title Report was gathered. This report is used to create a "Securtization audit". The Securitization Audit is a detailed document that requires extensive research and determined that my mortgage had been resold on the secondary market. My attorney informed me that the loan was not handled properly and there were several counts of mortgage fraud.

5) When first applying for this "Stated Income Loan" the loan officer had altered the income numbers of my rental units so as to ensure issuance of the loan.

6) Wells Fargo Bank, NA violated the HAMP program because:

    I fit within the financial brackets set up by HAMP which are:

    a) I had suffered a financial hardship due to business failure and other contributing factors

    b) My mortgage is above 31% of my total gross income

    c) My mortgage and debts combined amount to more than 55% of my total gross income

7) Wells Fargo Bank, NA violated the HAMP program because:

    The U.S Treasury Department requires servicers to use a Net Present Value (NPT) test, developed specifically for HAMP. The NPT test will compare the present value of the cash flows with a modification and without a modification. Under HAMP if the lender will make more money entering into a HAMP modification, the lender must offer a HAMP modification and cease all current efforts to foreclose.

    I can clearly show this Honorable Court that Wells Fargo Bank, NA stands to make more money by modifying my loan.

8) Wells Fargo Bank, NA violated the HAMP program because:

    The U.S Treasury requires servicers to "Actively Solicit" borrowers to participate in HAMP before referring a loan to foreclosure. In this case, I have been the one actively soliciting the HAMP modification repeatedly while Wells Fargo Bank, NA continually puts up obstacles. It is going on 2 years now that I have been in review for modification with Wells Fargo Bank, NA. I have created approximately 6 document packages for review. If a document is not complete according to their standards, they do not inform me until the current document package expires and I have to create a new one. This cycle has repeated 6 times now over this 2 year period. The "Home Preservation Specialist" assigned to my loan seldom contacts me or keeps me informed.

9) The previous Attorney for Wells Fargo Bank, NA had advised me in the early stages of defaulting on this loan to wait and see if I would be approved for a modification before trying to reinstate the loan. Of course interest and attorney fees have continually been applied since then. Wells Fargo has changed Attorney's 3 times since my defaulting on this loan, so it would be difficult to find this Attorney for questioning.

10) Wells Fargo's Attorney and myself along with my legal counsel had a mediation hearing on July 10, 2012. We were unable to settle in mediation because Wells Fargo was asking for more documentation.(The same documentation that they had received previously several times) They were asking for the documentation within a 10 day period in which they had received well within that time frame. Wells Fargo was to respond with an answer within 30 days of the hearing. They did not respond until they were contacted by my attorney after 40 days.

11) In 2010 and 2011, I developed hardship due to a business failure, the complexity of which I hope to be granted opportunity to explain in person. Since then, my hardship has increased as a result of Wells Fargo Bank, NA's threats of foreclosure. Attorney fees and stress related physical illness has resulted in numerous expenses.

I have sought modification repeatedly from Wells Fargo Bank, NA to no avail. I feel strongly that they are dragging out the process until the HAMP program expires, which is at the end of the 2012 year. As a result, I am filing this action for relief, Pro Se, so as to ensure the timeliness of the filing prior to the expiration of the HAMP program expiration date.

III) The relief I want the court to order is:

1) Please grant a hearing on the merits of this case and allow adequate time for me to secure and attorney

2) Injunction: Please grant an injunction ordering Wells Fargo Bank, NA to stop any further foreclosure efforts

3) I am seeking forgiveness / cancellation of my past due payments and approval of an affordable modification plan

4) Attorney fees and court costs as yet undetermined

5) Damages in the amount of $ 15,000.00   (I have accrued this cost in attorney fees and medical costs due to stress induced illness)

6) Any and all relief that would be appropriate

Date    12/22/2012                    Signature  *[signature]*

Richard Jay Rhodomoyer

133 Polk Street

Cumberland, MD  21502

(609) 226-9055

(Printed name address and phone number of Plantiff)