IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD J. RHODOMOYER | * |
| Plaintiff | * |
| v. | * CIVIL ACTION NO. RDB-12-3806 |
| WELLS FARGO BANK, NA | * |
| Defendant | |

**ORDER**

Plaintiff has paid the filing fee and therefore bears responsibility for effecting service of process on Defendant. Pursuant to Fed. R. Civ. P. 4, Plaintiff may so do by presenting a properly executed summons to the Clerk for signature and seal and then serving a copy of the summons and the complaint on Defendant. Service of the summons and the complaint may be effected by mail, or in person, **by any person who is not a party and who is at least 18 years of age.**

Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and the complaint must promptly notify this Court, through an affidavit, that he or she has served Defendant. If Plaintiff does not use a private process server, and instead uses registered or certified mail to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service. Registered or certified mail must be sent "restricted delivery." Plaintiff is cautioned that failure to comply with this Order and effect service of process within 120 days of initiating this lawsuit could result in the dismissal of the complaint without prejudice.

Accordingly, it is this 4th day of January , 2013, by the United States District Court for the District of Maryland, hereby ORDERED that the Clerk MAIL a copy of this Order and the completed summons to Plaintiff.

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT